# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 03-1968

———————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Maurice Thomas Poindexter, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

———————

Submitted:  November 7, 2003

Filed:  December 1, 2003

———————

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

———————

PER CURIAM.

After a bench trial, Maurice Poindexter was convicted of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).  Poindexter requested that his federal sentence be ordered to run concurrently with his undischarged state probation-revocation sentence.  Rejecting that request, the district court[1] imposed a

---

[1]The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

120-month prison term to run consecutively to his state sentence, plus 3 years supervised release.  Poindexter appeals.

Upon de novo review, <u>see</u> <u>United States v. Ashley</u>, 342 F.3d 850, 852 (8th Cir. 2003), we affirm the sentence imposed by the district court, <u>see</u> <u>United States v. Smith</u>, 282 F.3d 1045, 1047-48 (8th Cir. 2002) (U.S.S.G. § 5G1.3, comment. (n.6) is binding on federal sentencing courts and mandates that sentence imposed on defendant for crime committed during probation must run consecutively to any resulting sentence for probation revocation).

_____